THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington Corporation<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br>a Delaware Corporation<br><br>Defendants. | Case No: 2:10-cv-00825-JLR<br><br>**PLAINTIFF MICROSOFT CORPORATION'S NOTICE OF DISMISSAL**<br><br>**[FED. R. CIV. P. 41(A)]** |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Microsoft Corporation hereby submits this notice dismissing the instant action without prejudice.

Dated: August 8, 2010        DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

             /s/ Christopher T. Wion (w/ permission JWM)

            ARTHUR W. HARRIGAN, JR. (WSBA 1751)
            arthurh@dhlt.com
            CHRISTOPHER T. WION (WSBA 33207)
            chrisw@dhlt.com

NOTICE OF DISMISSAL- 1
CASE NO: 2:10-CV-00825-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        T. ANDREW CULBERT (WSBA 35925)
        andycu@microsoft.com
        DAVID E. KILLOUGH (WSBA 40185)
        davkill@microsoft.com
        MICROSOFT CORPORATION
        1 Microsoft Way
        Redmond, Washington 98052
        Telephone:  425-882-8080
        Facsimile:  425-869-1327

OF COUNSEL:

        DAVID T. PRITIKIN
        dpritikin@sidley.com
        RICHARD A. CEDEROTH
        rcederoth@sidley.com
        DOUGLAS I. LEWIS
        dilewis@sidley.com
        JOHN W. MCBRIDE
        jwmcbride@sidley.com
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL  60603
        Telephone:  312-853-7000
        Facsimile:  312-853-7036

        *Attorneys for Plaintiff Microsoft Corp.*

NOTICE OF DISMISSAL- 2
CASE NO: 2:10-CV-00825-JLR

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717